IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IFUNDS CASH SOLUTIONS, LLC, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 1:08-CV-2812-HTW |
| | : | |
| FAMOUS RIBS OF GEORGIA, LLC., et al., | : | |
| | : | |
| Defendants. | : | |

<u>ORDER OF COURT</u>

It appearing that no substantial proceedings of record are indicated on the docket of the above-stated case for the last six months,

IT IS ORDERED that the parties show cause, in writing, within twenty (20) days from the date of the filing of this order, why the case should not be dismissed for want of prosecution pursuant to Local Rule 41.3A.(3), (case pending for more than six months without any substantial proceedings of record). After the expiration of the aforesaid twenty days, the Clerk is **DIRECTED** to submit the case to the Court for further action.

SO ORDERED, this 27th day of August, 2009.

      s/ *HORACE T. WARD*
      HORACE T. WARD, SENIOR JUDGE
      UNITED STATES DISTRICT COURT